UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Louis Ray Gilbeau, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Nicholas Deml et al, <br><br> Defendants. | Civil Action No. 2:24–cv–633 |

## ORDER

Plaintiff Louis Ray Gilbeau, Jr., proceeding *pro se* and *in forma pauperis*, must pay the statutory filing fee of $350.00. Mr. Gilbeau is obligated to make monthly payments in the amount of 20% of the preceding month's income credited to his prison trust account. The Vermont Department of Corrections is required to collect from Mr. Gilbeau's prison trust account each time the amount exceeds $10.00 until the filing fee is collected in full and will then forward to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED that:

The Commissioner of the Vermont Department of Corrections or his designee shall collect payments from Gilbeau's prison trust account and shall forward the $350.00 filing fee to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2) when the entire filing fee has been collected. The payments shall be clearly identified by the name and number assigned to this action.

Dated at Burlington, in the District of Vermont, this 7th day of August 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge